COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Analee Garduno Gafford v. Debra Crumby and Emily Marie Crumby

Appellate case number:    01-17-00634-CV

Trial court case number:    446312

Trial court:    Probate Court No. 4 of Harris County

Appellant, Analee Garduno Gafford, has filed a notice of appeal of the probate court's order appointing a permanent guardian of the person. On December 5, 2017, we abated this appeal and remanded the case to the probate court for the court to file findings of fact and conclusions of law. The trial court clerk has filed a supplemental clerk's record containing the probate court's findings of fact and conclusions of law, signed on January 4, 2018. Accordingly, we **reinstate** this case on the Court's active docket.

Appellant has filed an unopposed motion to extend the time to file her brief. The motion is **granted**. Appellant's brief is due to be filed within thirty days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                ☒ Acting individually    ☐ Acting for the Court

Date: February 8, 2018